IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL, )<br>d/b/a BAPTIST MEMORIAL HOSPITAL )<br>MEMPHIS, )<br>6019 Walnut Grove Road )<br>Memphis, Tennessee 38120 )<br>  )<br>       Plaintiffs, )<br>vs. )<br>  )<br>MICHAEL O. LEAVITT, Secretary )<br>United States Department of Health )<br>and Human Services )<br>200 Independent Avenue, S.W. )<br>Washington, D.C. 20201 )<br>  )<br>       Defendant. )<br>_____) | Civil Action No. |

### CERTIFICATE UNDER LCvR7.1

Plaintiff's counsel of record certifies that the Plaintiff Hospital is a non-profit 501(c)(3) corporation owned and operated by Baptist Memorial Health Care Corporation ("BMHCC"). Plaintiff's counsel of record certifies further that to the best of their knowledge and belief, BMHCC has no outstanding securities in the hands of the public.

These representations are made in order that judges in this court may determine the need for recusal.

DATED: December 13, 2007.

Respectfully submitted,

QUAGLIANO & SEEGER, P.C.

_____393428_____
Bar Identification Number

_____
Julie Quagliano, Esq.
Quagliano & Seeger, P.C.
2620 P Street, N.W.
Washington, D.C. 20007
Phone: (202) 822-8838
Fax: (202) 822-6982
Email: quagliano@quagseeg.com

Of Counsel:

Sanford E. Pitler
Kelly A. Thomas
Bennett Bigelow & Leedom, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
Phone: (206) 622-5511
Fax: (206) 622-8986

W:\Wdclient\0220\00002\MM740482.DOC