§IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL,<br>d/b/a BAPTIST MEMORIAL HOSPITAL<br>MEMPHIS,<br>6019 Walnut Grove Road<br>Memphis, Tennessee 38120<br><br>　　　　　　　Plaintiffs,<br>vs.<br><br>MICHAEL O. LEAVITT, Secretary<br>United States Department of Health<br>and Human Services<br>200 Independent Avenue, S.W.<br>Washington, D.C. 20201<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION *PRO HAC VICE*

As local counsel in the above captioned case and in accordance with LCvR83.2(d), I am recommending attorney Kelly A. Thomas for admission *pro hac vice*. I certify that the information contained in her accompanying declaration is true.

RESPECTFULLY SUBMITTED this 13 day of December, 2007.

　　　　　　　　　　　　　　　　　　Attorney of Record

　　　　393428　　　　　　　　　　　　　　　　
Bar Identification Number　　　　　Julie Quagliano, Esq.
　　　　　　　　　　　　　　　　　　Quagliano & Seeger, P.C.
　　　　　　　　　　　　　　　　　　2620 P Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20007
　　　　　　　　　　　　　　　　　　Phone: (202) 822-8838
　　　　　　　　　　　　　　　　　　Fax: (202) 822-6982
　　　　　　　　　　　　　　　　　　Email: quagliano@quagseeg.com

§
W:\Wdclient\0220\00002\MM740478.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL, )<br>d/b/a BAPTIST MEMORIAL HOSPITAL)<br>MEMPHIS, )<br>6019 Walnut Grove Road )<br>Memphis, Tennessee 38120 )<br>)<br>              Plaintiffs, )<br>vs. )<br>)<br>MICHAEL O. LEAVITT, Secretary )<br>United States Department of Health )<br>and Human Services )<br>200 Independent Avenue, S.W. )<br>Washington, D.C. 20201 )<br>)<br>              Defendant. )<br>) | Civil Action No. |

## DECLARATION OF KELLY A. THOMAS
## IN SUPPORT OF MOTION
## FOR ADMISSION *PRO HAC VICE*

I, KELLY A. THOMAS, declare that I have read and understand the requirements of LCvR 83.2(d), and certify that the following information is correct:

1. Name: Kelly A. Thomas

2. Office Address and Contact Information:

    Bennett Bigelow & Leedom, P.S.
    1700 Seventh Avenue, Suite 1900
    Seattle, Washington 98101
    Phone: (206) 622-5511
    Fax:    (206) 622-8986
    Email: kthomas@bbllaw.com

3. Bar Admissions Information:

   (a) State Bar Admissions: Washington State Bar Association, admitted November 2, 2002, Washington State Bar Association Number 33191; and New Mexico State Bar Association admitted April 27, 2007, New Mexico State Bar Association Number 25112.

   (b) Federal Bar Admissions:

   United States District Court for the Eastern District of Washington, admitted July 2, 2003; United States District Court for the Western District of Washington, admitted February 5, 2004; and

   United States Court of Appeals for the Ninth Circuit, admitted December 29, 2004.

4. I certify that I have not been disciplined by any bar.

5. I have been admitted *pro hac vice* twice to this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

EXECUTED at Seattle, Washington this 10th day of December, 2007.

_____
Kelly A. Thomas

W:\Wdclient\0220\00002\MM740481.DOC

DECLARATION OF KELLY A. THOMAS
IN SUPPORT OF MOTION FOR
ADMISSION *PRO HAC VICE*
Page -2-