UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL, d/b/a ) <br> BAPTIST MEMORIAL HOSPITAL-MEMPHIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, Secretary, ) <br> U.S. Department of Health and Human Services, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 1:07CV02245 (RWR) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court for a 30-day enlargement of time, up to and including April 9, 2008, to answer or otherwise respond to Plaintiff's Complaint. Pursuant to Local Rule 7(m), the Secretary's counsel contacted Plaintiff's counsel on March 6, 2008 and discussed the relief sought in this motion. During that conversation, Plaintiff's counsel agreed to this motion. In support of the instant motion, the Secretary states as follows:

1. Plaintiff initiated this action with the filing of its Complaint on December 13, 2007.

2. The Complaint was served on the Office of the United States Attorney for the District of Columbia on January 10, 2008. Thus, the Secretary's response to Plaintiff's Complaint is currently due by March 10, 2008. See Fed. R. Civ. P. 6(a), 12(a)(3)(A).

3. Plaintiff challenges a decision by the Administrator of the Centers for Medicare & Medicaid Services ("CMS") made during the course of an administrative review of Plaintiff's claim for increased Medicare reimbursement. The matters at issue in this action are complex,

and require careful investigation of the administrative record before the Secretary answers or otherwise responds to the Complaint.

    4. The Office of the Attorney Advisor ("OAA") within CMS is responsible for compiling administrative records for all actions filed in courts throughout the country challenging the Secretary's final decisions on provider reimbursement disputes, and thus, OAA's workload is quite heavy.

    5. The Secretary's counsel has not yet received the administrative record for this action from the OAA. Upon receipt of the administrative record, counsel will need time to review the record and prepare an appropriate response to Plaintiff's Complaint. The OAA has advised the undersigned agency counsel that it anticipates that the administrative record will consist of at least five bound volumes (and approximately 1,935 pages).

    6. In order to allow sufficient time for the OAA to compile the administrative record, and for counsel to review that record and prepare an appropriate response to the Complaint, the Secretary respectfully requests an enlargement of time of 30 days, up to and including April 9, 2008, within which to answer or otherwise respond to Plaintiff's Complaint.

    7. This request is made in good faith and not for purposes of delay.

    8. The Secretary has not previously requested or received an extension of time to respond to Plaintiff's Complaint.

    9. There are no other previously scheduled deadlines in this case.

A proposed Order is attached.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
CHRISTOPHER B. HARWOOD
N.Y. Bar No. 4202982
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 Fourth Street, NW
Washington, DC 20530
(202) 307-0372


__/s/_____
JONATHAN C. BRUMER
D.C. Bar No. 463328
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
330 Independence Ave., S.W., Room 5344
Washington, D.C. 20201
(202) 205-8703

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 7th day of March, 2008, the foregoing Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint was served upon Plaintiff's counsel via the Court's Electronic Case Filing system.

                                    __/s/_____
                                    CHRISTOPHER B. HARWOOD
                                    N.Y. Bar No. 4202982
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    Civil Division
                                    555 Fourth Street, NW
                                    Washington, DC 20530
                                    (202) 307-0372

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL, d/b/a<br>BAPTIST MEMORIAL HOSPITAL-MEMPHIS,<br><br>      Plaintiff,<br><br>      v.<br><br>MICHAEL O. LEAVITT, Secretary,<br>U.S. Department of Health and Human Services,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:07CV02245 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Having considered Defendant's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint, and the entire record herein, it is this _____ day of

_____, 2008,

ORDERED that Defendant's Consent Motion is hereby granted, and it is

FURTHER ORDERED that Defendant shall have up to and including April 9, 2008 to answer or otherwise respond to Plaintiff's Complaint.

                                                                    _____
                                                                    RICHARD W. ROBERTS
                                                                    United States District Court Judge

Copy to: ECF Counsel