UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL, d/b/a<br>BAPTIST MEMORIAL HOSPITAL-MEMPHIS,<br><br>      Plaintiff,<br><br>      v.<br><br>MICHAEL O. LEAVITT, Secretary,<br>U.S. Department of Health and Human Services,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:07CV02245 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

The Clerk of this Court will please enter the appearance of Jonathan C. Brumer as counsel of record for the Defendant Secretary of Health and Human Services in the above-captioned action.

    /s/_____
JONATHAN C. BRUMER
D.C. Bar No. 463328
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
 Division
330 Independence Ave., S.W.
Cohen Building, Room 5344
Washington, D.C. 20201
(202) 205-8703

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 11, 2008, an electronic copy of the foregoing Notice of Appearance was served upon Plaintiffs' counsel *via* the United States District Court's Electronic Case Filing system.

                    __/s/_____
                    JONATHAN C. BRUMER
                    D.C. Bar No. 463328
                    U.S. Department of Health and Human Services
                    Office of the General Counsel
                    Centers for Medicare and Medicaid Services
                     Division
                    330 Independence Ave., S.W., Room 5344
                    Washington, D.C. 20201
                    (202) 205-8703