## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BAPTIST MEMORIAL HOSPITAL, d/b/a )
BAPTIST MEMORIAL HOSPITAL-MEMPHIS, )
            )
        Plaintiff, )
            )
        v. )      Case No. 1:07CV02245 (RWR)
            )
MICHAEL O. LEAVITT, Secretary, )
U.S. Department of Health and Human Services, )
            )
        Defendant. )
_____ )

### DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
### TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health

and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully

moves this Court for a seven (7) day enlargement of time, up to and including April 16, 2008, to

answer or otherwise respond to Plaintiff's Complaint. Pursuant to Local Rule 7(m), the

Secretary's counsel contacted Plaintiff's counsel on April 8, 2008 and discussed the relief sought

in this motion. During that conversation, Plaintiff's counsel indicated that he does not object to

this motion. This is Defendant's second request for an enlargement of time with respect to its

response to Plaintiff's Complaint. In support of the instant motion, the Secretary states as

follows:

1. Plaintiff initiated this action with the filing of its Complaint on December 13, 2007.

2. The Complaint was served on the Office of the United States Attorney for the District

of Columbia on January 10, 2008. Thus, the Secretary's response to Plaintiff's Complaint was

originally due by March 10, 2008. See Fed. R. Civ. P. 6(a), 12(a)(3)(A).

3.  On March 7, 2008, Defendant filed a Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint.  In that Motion, Defendant respectfully requested that his deadline for responding to Plaintiff's Complaint be extended by thirty (30) days, from March 10, 2008 to April 9, 2008.  See Docket Entry No. 8.  At the time that that Motion was filed, the Secretary's counsel had expected, based on his initial perusal of the Complaint, that the thirty additional days he had requested would provide him with sufficient time to review the relevant administrative record, consult with the agency as necessary, and prepare an appropriate response to Plaintiff's Complaint.  The administrative record (which the Secretary received after he filed his first Motion for Enlargement of Time) comprises no fewer than five bound volumes and one thousand nine hundred and thirty one (1,931) pages.  The Complaint for this action is lengthy, consisting of more than sixty seven (67) paragraphs, many of which have multiple subparts.

4.  On March 14, 2008, this Court issued a Minute Order in which it granted Defendant's first Motion for Enlargement of Time.

5.  Since March 14, 2008, when this Court granted Defendant's first Motion for Enlargement of Time, the Secretary's counsel has contended with numerous deadlines in his other cases.  Within the past seven days, he was responsible for: (1) drafting and filing a reply brief in connection with an administrative appeal which is now pending before the Administrator of the Centers for Medicare & Medicaid Services (which was due on April 2, 2008); (2) preparing a portion of a proposed set of findings of fact and conclusions of law for Dugar, et. al., v. United States, No. 1:05cv01500 (HHK) (D.D.C.) (which was due on April 4, 2008); and (3) drafting and filing an answer in Covenant Medical Center v. Leavitt, No. 2:07cv15108 (E.D.

2

Mich.) (which was due on April 4, 2008).

6. Because of his workload, the Secretary's counsel was only recently able to devote his full attention to this case. Upon closer review, it has become clear to the Secretary's counsel that Plaintiff's Complaint and the administrative record are both more complex than he had earlier anticipated. Specifically, it became apparent to the Secretary's counsel only this week that several of the events and documents which Plaintiff's Complaint references are not contained or even addressed in the administrative record for this case, but rather are contained in the four-volume administrative record for a companion case which is now pending before this Court, Baptist Memorial Hospital v. Leavitt, No. 1:07cv01938 (RWR) (D.D.C.). Consequently, it has proven necessary for the Secretary's counsel to review portions of the administrative record for this other case, and to familiarize himself with its procedural history, which has made the task of preparing an adequate Answer considerably more time consuming than he had originally anticipated that it would be.

7. In addition, on April 8, 2008, the senior attorney responsible for reviewing the work product of the Secretary's counsel fell ill, necessitating his early departure from the office. It is unknown whether that attorney will be back at work on April 9, 2008. The agency counsel assigned to this case seeks this extension in part to ensure that his reviewer will have an opportunity to review and comment upon his draft Answer before it is filed.

8. The undersigned counsel for the Secretary has been working diligently to draft an Answer for this action, and has made substantial progress on it. However, despite his best efforts, for the foregoing reasons, he will not be able to complete an adequate response to the Complaint, and obtain the necessary review, by April 9, 2008.

3

9.   Counsel for Defendant regrets that the current Motion for Enlargement of Time is being filed less than four days before the Answer is due.  The Secretary's counsel was unable to file this motion earlier because of agency counsel's reviewer's unanticipated illness, and because it became apparent to the Secretary's counsel only this week that Plaintiff's Complaint required review of numerous documents that are not included in the administrative record for this case.

10.   This request is made in good faith and not for purposes of delay.  It will not unfairly prejudice any party.  Allowing Defendant some additional time to formulate a response will aid both the parties and the Court in resolving this case.

11.   There are no other previously scheduled deadlines in this case.

A proposed Order is attached.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
CHRISTOPHER B. HARWOOD
N.Y. Bar No. 4202982
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 Fourth Street, NW
Washington, DC 20530
(202) 307-0372

__/s/_____
JONATHAN C. BRUMER
D.C. Bar No. 463328
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
330 Independence Ave., S.W., Room 5344
Washington, D.C. 20201
(202) 205-8703

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 9th day of April, 2008, the foregoing Unopposed

Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint will

be served upon Plaintiff's counsel *via* the United States District Court's Electronic Case Filing

program.

___/s/_____
JONATHAN C. BRUMER
D.C. Bar No. 463328
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
330 Independence Ave., S.W., Room 5344
Washington, D.C. 20201
(202) 205-8703

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BAPTIST MEMORIAL HOSPITAL, d/b/a      )
BAPTIST MEMORIAL HOSPITAL-MEMPHIS,      )
                                             )
           Plaintiff,                )
                                             )
           v.                       )      Case No. 1:07CV02245 (RWR)
                                             )
MICHAEL O. LEAVITT, Secretary,              )
U.S. Department of Health and Human Services,      )
                                             )
           Defendant.            )
_____)

## <u>ORDER</u>

        Having considered Defendant's Unopposed Motion for Enlargement of Time to Answer

or Otherwise Respond to Plaintiff's Complaint ("the Unopposed Motion"), and the entire record

herein, it is this _____ day of _____, 2008,

        ORDERED that Defendant's Unopposed Motion is hereby granted, and it is

        FURTHER ORDERED that Defendant shall have up to and including April 16, 2008 to

answer or otherwise respond to Plaintiff's Complaint.


                                       _____
                                       RICHARD W. ROBERTS
                                       United States District Court Judge

Copy to: ECF Counsel