# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL, )<br>d/b/a/ BAPTIST MEMORIAL )<br>HOSPITAL-MEMPHIS, )<br>  )<br>  Plaintiff, )<br>  )<br>  v. )<br>  )<br>MICHAEL O. LEAVITT, )<br>Secretary, United States Department of )<br>Health and Human Services, )<br>  )<br>  Defendant. ) | Civ. Action No. 07-2245 (RWR)<br>ECF |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant, the Secretary of Health and Human Services, United States Department of Health and Human Services, hereby files the attached administrative record in the above-captioned action. The record, which contains volumes 1-5, exceeds 500 pages and thus in accordance with the Court's ECF rules has been filed and served in hard copy only.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
CHRISTOPHER B. HARWOOD
N.Y. Reg. No. 4202982
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

## CERTIFICATE OF SERVICE

_____I hereby certify that the foregoing copy of the Defendant's Notice of Filing Of Administrative Record with attached Administrative Record has been sent by Federal Express, this 23 day of April, 2008, addressed to:

**Julie Ann Quagliano**
QUAGLIANO & SEEGER, PC
2620 P Street NW
Washington, DC 20007
(202) 298-7612


_____/s/_____
Christopher B. Harwood