IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL, d/b/a<br>BAPTIST MEMORIAL HOSPITAL -<br>MEMPHIS,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of<br>Health and Human Services,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:07CV02245 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION OF SANFORD E. PITLER FOR LEAVE TO APPEAR
## AT INITIAL SCHEDULING CONFERENCE VIA TELEPHONE

Sanford E. Pitler, co-counsel for Plaintiff, Baptist Memorial Hospital, d/b/a Baptist Memorial Hospital-Memphis ("Baptist-Memphis"), moves the Court for leave to appear via telephone at the initial scheduling conference set by Court order for June 11, 2008, at 10:00 a.m.

This request is supported by the following facts:

1. Co-counsel Pitler is located in Seattle, Washington;

2. His personal attendance at the initial scheduling conference would effect a hardship in that he would be required to travel more than 2,300 miles and rearrange his schedule for two business days;

3. His attendance via telephone will not prejudice his client or the Court; and

4. Local counsel will appear in person at the initial scheduling conference.

A proposed Order is attached.

Respectfully submitted,

BENNETT BIGELOW & LEEDOM, P.S.

By ___/s/_____
Sanford E. Pitler, Esq., WSBA No. 16567
*Pro Hac Vice*
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101
Telephone: (206) 622-5511
Email: pitler@bbllaw.com

QUAGLIANO & SEEGER, P.C.

By _____
Julie Quagliano, Esq., D.C. Bar No. 393428
Michael C. Zisa, Esq., D.C. Bar No. 467724
2620 P Street, N.W.
Washington, D.C. 20007
Phone: (202) 822-8838
Fax: (202) 822-6982
Email: quagliano@quagseeg.com

Counsel for Plaintiff

W:\Wdclient\1789\00050\MM822911.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL, d/b/a<br>BAPTIST MEMORIAL HOSPITAL -<br>MEMPHIS,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of<br>Health and Human Services,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:07CV02245 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROPOSED ORDER GRANTING SANFORD E. PITLER LEAVE TO APPEAR
AT INITIAL SCHEDULING CONFERENCE VIA TELEPHONE**

The Court having considered the Motion of Sanford E. Pitler for Leave To Appear At Initial Scheduling Conference Via Telephone, and good cause having been shown, it is

**ORDERED**, that the motion is granted.

 

RICHARD W. ROBERTS
United States District Court Judge

Date: _____

W:\Wdclient\1789\00050\MM822912.DOC